**UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**

ELTON R. RUSS,

    Plaintiff,

v.                                                 Case No. 5:19-cv-244-TKW/MJF

JACKSON COUNTY SCHOOL BOARD,

    Defendant.
_____/

## **O R D E R**

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 29). No objections were filed. Upon due consideration of the Report and Recommendation and the case file, the Court agrees with the magistrate judge's determination that this case should be dismissed because Plaintiff is not the real party in interest and the real party (the bankruptcy trustee) did not take any steps to ratify, join, or be substituted in this action despite having been given notice and an opportunity to do so. Accordingly, it is **ORDERED** that:

    1.     The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

    2.     Defendant's motion to dismiss (Doc. 17) is **GRANTED**.

    3.     This case is **DISMISSED**, and the clerk of the court shall close the case file.

**DONE AND ORDERED** this 24th day of May, 2021.

*T. Kent Wetherell, II*
**T. KENT WETHERELL, II
UNITED STATES DISTRICT JUDGE**